IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

Cynthia Miller

    **Plaintiff,**

v.

Amazon.com Services, Inc., doing business as Amazon, Inc., doing business as Amazon Fulfillment Services, Inc., a Foreign Corporation, Trinity Couriers of Denver, Inc., also known as Trinity Couriers, a Colorado Corporation, John Doe, an unknown indvidual, and ABC Corporation, an unknown corporation

    **Defendants.**

---

### AMAZON.COM SERVICES, INC.'S NOTICE OF REMOVAL

---

TO:    HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Amazon.com Services, Inc., ("Amazon") files this Notice of Removal of the above-styled case from the Jefferson County District Court, Colorado, to the United States District Court for the District of Colorado, based on the following grounds:

**I.  INTRODUCTION**

    1.    Plaintiff filed his Original Complaint on February 11, 2019.

**II.  THIS CASE IS REMOVABLE UNDER DIVERSITY JURISDICTION**

    2.    Pursuant to 28 U.S.C. § 1441(b), a defendant may remove a case from state court to federal court based on diversity jurisdiction, and pursuant to § 1332(a)(1), a federal district court may exercise diversity jurisdiction where the parties are citizens of different states and the

amount in controversy exceeds $75,000, exclusive of interest and costs.

3. This action has been removed to Federal Court based on the following jurisdictional basis: diversity of citizenship pursuant to 28 U.S.C. § 1332.

**A.     Complete diversity exists**

4. There is complete diversity of citizenship between Plaintiff and Defendants.

5. Plaintiff is a citizen of Colorado. *Exhibit A*, *Complaint* ¶ 1.

6. Pursuant to 28 U.S.C. § 1332, a corporation is deemed to be a citizen of every state in which it has been incorporated, and of the state where it has its principal place of business.

8. At the time this action was commenced, Amazon was not, nor currently is, a citizen of Colorado.

9. At the time this action was commenced, Amazon was, and currently is, a citizen of Delaware and Washington and was not, nor is, a citizen of Colorado. The citizenship of Amazon is as follows:

a) Amazon is incorporated in Delaware and maintains its principal place of business in Washington. Amazon is therefore a citizen of Delaware and Washington.

10. As to Defendant Trinity Couriers of Denver, Inc. ("Trinity"), it was originally incorporated in the State of Colorado, with a principle office in Texas. *Exhibit B, SOS Articles*.

    a. Defendant Trinity has been a defunct corporate entity since October 31, 2018. *Exhibit C, SOS Records*.

    b. There has otherwise been no return of service evidencing service upon Defendant Trinity or any of its representatives.

    c. The statute of limitations on Plaintiff's claims ran on February 12, 2019, therefor Plaintiff has until April 15, 2019 (63 days) to serve her complaint on any remaining defendant. C.R.C.P. 4(m); see also, F.R.C.P. 4(m) (90 days).

    d. Unless service is accomplished, Defendant Trinity is a fraudulently joined defendant for which plaintiff does not intend to secure judgement against. *See* 14B Charles A. Wright et al., *Federal Practice and Procedure* § 3723 (4th ed. 2009).

11. Thus, the controversy herein between Plaintiff and Amazon is a controversy between citizens of different states.

### III. SERVICE OF COMPLAINT

12. To date, the only Defendant served is Amazon. This Defendant was served on March 21, 2019.

13. There is no evidence the remaining Defendants have been served.

14. This Notice of Removal is being filed within thirty (30) days of service and is timely pursuant to 28 U.S.C. § 1446(b).

### IV. VENUE OF REMOVED ACTION

15. Amazon may remove this action to this Court pursuant to 28 U.S.C. § 1441(a) because this case was initially brought in a state court within the geographical area of the United States District Court for the District of Colorado, and because this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a). The lawsuit is comprised entirely of a civil nature, is an action between citizens of different states, and the matter in controversy exceeds $75,000, exclusive of interests and costs.

**V.    CONSENT, NOTICE TO OTHER PARTIES, AND NOTICE TO STATE COURT**

16.    Amazon is represented by the undersigned and consents to removal.

17.    Pursuant to § 1446(d) and Local Rule 81.1, written notice of the filing of the Notice of Removal is being contemporaneously filed with the Jefferson County District Court, Colorado, and is being served on Plaintiff.

18.    No hearings are currently set in the state court proceeding, and no trial date has been set.

19.    Amazon attaches hereto a full copy of the docket and docket sheet from the State Court. *Ex. D, Full Docket*.

**VI.   PLEADINGS IN THE STATE COURT ACTION**

20.    Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders and papers or exhibits filed in the District Court, Jefferson County, Colorado are provided with this Notice of Removal.

21.    Upon information and belief, no Defendant has filed any responsive pleadings in the state court action, and no other pleadings have been filed.

**VII.  AMOUNT IN CONTROVERSY**

22.    Under the jurisdictional provisions of 28 U.S.C. § 1332, this case is one which may be removed to this Court by a defendant, pursuant to 28 U.S.C. § 1441, in that it is a civil action wherein the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest and costs, as appears by copy of Plaintiff's Complaint.

23.    Plaintiff alleges that as a result of Defendants' negligence activities, Plaintiff incurred past, damages and will incur future non-economic damages, including pain and suffering, inconvenience, emotional distress, permanent injury and/or impairment of her quality of life.

*Exhibit A*, ¶ 44 & Prayer for Relief.  Plaintiff has opted out of Colorado's Simplified Rule 16.1, affirmatively representing that the amount in controversy exceeds $100,000.  *Exhibit D, Civil Cover Sheet*.  Furthermore, based on the claimed severity of the injury and alleged damages, this matter in controversy appears to exceed the sum of $75,000.00, exclusive of interest.

24.     By this Notice of Removal, Amazon does not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action, and Amazon intends no admission of fact, law or liability by this Notice and expressly reserves all defenses, motions and/or pleas.

WHEREFORE, Amazon prays that this case proceed in the United States District Court for the District of Colorado as an action properly removed thereto.

Respectfully submitted this 11th day of April 2019.

> s/Christopher R. Reeves
> Richard A. Waltz, Esq.
> Christopher R. Reeves, Esq.
> Waltz|Reeves
> 1660 Lincoln Street, Suite 2510
> Denver, CO 80264
> Telephone: 303-830-8800
> Facsimile: 303-830-8850
> dwaltz@waltzreeves.com
> creeves@waltzreeves.com

## CERTIFICATE OF SERVICE

       I hereby certify that on this 11th day of April 2019, I electronically filed a true and correct copy of the above Notice of Removal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Timur G. Kishinevsky, Esq.
Gordon Westmont, Esq.
2851 South Parker Road
Suite 150
Aurora, Colorado 80014
*Attorney for Plaintiff*

                                                     s/Mary Pearson
                                                     Waltz|Reeves